UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIMONE SHANNON AND KATRINE SHANNON )<br>    Plaintiffs                                                        )<br>                                                                         )<br>v.                                                                      )<br>                                                                         )<br>THE BARBERINO BROTHERS, INCORPORATED; )<br>JOHN DOE I; JOHN DOE II; AND JOHN DOE III     )<br>    Defendants                                                     )<br>_____)  | CIVIL ACTION NO.<br>3:13-CV-137-SRU<br><br><br><br><br><br>JUNE 20, 2013 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Simone Shannon and Katrine Shannon, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed, without costs or attorney's fees, as to THE BARBERINO BROTHERS, INCORPORATED ONLY.

                             Plaintiffs, Simone Shannon and Katrine
                             Shannon

                             By:/s/ Daniel S. Blinn
                             Daniel S. Blinn  (ct02188)
                             Consumer Law Group, LLC
                             35 Cold Spring Road, Suite 512
                             Rocky Hill, CT  06067
                             Tel:  (860) 571-0408
                             Fax: (860) 571-7457
                             dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 20th day of June, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                             /s/Daniel S. Blinn
                             Daniel S. Blinn